Case 1:00-cv-02719-JFM   Document 6   Filed 09/18/2000   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| FRANCIS C. CARBAUGH<br>136 Catawba Place<br>Hagerstown, Maryland 21742, | * <br> * |
| Plaintiff, | * |
| v. | *    Case No. JFM-00-CV-2719 |
| PANGBORN CORPORATION<br>529 Pangborn Boulevard<br>Hagerstown, Maryland 21741 | * <br> * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE RESPOND

Subject to the Court's approval, the Parties hereby stipulate that the time for Defendant to answer or otherwise respond to the Complaint in this matter shall be shall be September 29, 2000.

_____          _____
Mitchell I. Batt                                              Ronald W. Taylor
77 South Washington Street, Suite 304          Trial Bar No. 03890
Rockville, Maryland 20850
(301) 340-2450

Counsel for Plaintiff, Francis C. Carbaugh

*[signature]*
_____
Thomas H. Strong
Trial Bar No. 23716
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Counsel for Defendant Pangborn
   Corporation

So Approved and ORDERED this _____ day of September 2000.

_____
The Honorable J. Frederick Motz
United States District Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __‍__ day of September 2000, a copy of the foregoing Stipulation for Extension of Time to Answer or Otherwise Respond was mailed by first class mail, postage prepaid, to Mitchell I. Batt, 77 South Washington Street, Suite 304, Rockville, Maryland 20850, attorney for Plaintiff.