IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FRANCIS C. CARBAUGH**<br>136 Catawba Place<br>Hagerstown, Maryland 21742, | * | |
| Plaintiff, | * | |
| v. | * | Case No. JFM-00-CV-2719 |
| **PANGBORN CORPORATION**<br>529 Pangborn Boulevard<br>Hagerstown, Maryland 21741 | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION FOR EXTENSION OF TIME
### TO REPLY TO PLAINTIFF'S OPPOSITION TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Subject to the Court's approval, the Parties hereby stipulate that the time for Defendant to reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment in this matter shall be shall be December 5, 2000.

_____
Mitchell I. Batt
77 South Washington Street, Suite 304
Rockville, Maryland 20850
(301) 340-2450

Counsel for Plaintiff, Francis C. Carbaugh

_____
Ronald W. Taylor
Trial Bar No. 03890

2

BA2/142803

_____
Thomas H. Strong
Trial Bar No. 23716
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

Counsel for Defendant Pangborn
  Corporation

So Approved and ORDERED this _____7th_____ day of November 2000.

_____
The Honorable J. Frederick Motz
United States District Judge

BA2/142803

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of November 2000, a copy of the foregoing Stipulation for Extension of Time to reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment was mailed by first class mail, postage prepaid, to Mitchell I. Batt, 77 South Washington Street, Suite 304, Rockville, Maryland 20850, attorney for Plaintiff.

_____
Thomas H. Strong

BA2/142803