IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS C. CARBAUGH,    )
                       )
        Plaintiff,     )
                       )    Civ. No. JFM-00-2719
    v.                 )
                       )
PANGBORN CORPORATION,  )
                       )
        Defendant.     )
_____)

ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of February 2001 ORDERED:

1. That Carbaugh's Motion for Rule 56(f) Continuance is granted;

2. That Carbaugh's Motion to File a Surreply is denied;

3. That Pangborn's Motion to Dismiss is denied; and

4. That Pangborn's Motion for Summary Judgment is denied without prejudice to being renewed at a later stage in these proceedings.

_____
J. Frederick Motz
United States District Judge

9

