IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS C. CARBAUGH    :

      Plaintiff    :

v.    : Case Number: JFM-00-CV-2719

PANGBORN CORPORATION    :

      Defendant    :

## STIPULATION OF EXTENSION OF TIME FOR PARTIES TO IDENTIFY EXPERT WITNESSES PURSUANT TO RULE 26(a)(2)

Subject to the Court's approval, the parties hereby stipulate that Plaintiff shall have until May 18, 2001 in order to provide Defendant with his Rule 26(a)(2) expert disclosures and Defendant shall have until June 18, 2001 in order to provide Plaintiff with its Rule 26(a)(2) expert disclosures. The parties do not anticipate that these extensions will require any other change in the Scheduling Order of February 12, 2001.

_____
Mitchell I. Batt, #12002
Trial Bar No. 12002
Sullivan & Talbott
77 S. Washington Street
Suite 304
Rockville, Maryland 20850
(301) 340-2450

Counsel for Plaintiff

_____
Thomas H. Strong, Esquire
Trial Bar No. 23716
Venable, Baetjer & Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201
(410)-244-7541

Counsel for Defendant

2

So Approved and ORDERED This _____ day of _____, 2001.

_____
The Honorable J. Frederick Motz
United States District Judge