IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS C. CARBAUGH          :

      Plaintiff          :

v.                           :   Case Number: JFM-00-CV-2719

PANGBORN CORPORATION         :

      Defendant         :

## ORDER

Upon consideration of the Joint Motion to Refer this case for Mediation and Stay the Present Scheduling Order, and good cause having been shown, it is on this _16th_ day of _May_, 2001;

ORDERED, that the Joint Motion be, and the same hereby is, GRANTED; and further;

ORDERED, that this case be referred for mediation and the Present Scheduling Order is hereby STAYED until the completion of the mediation settlement.

                                          _____
                                          JUDGE, United States District Court for
                                          the District of Maryland

Copies to:

Mitchell I. Batt, Esquire
Sullivan & Talbott
77 S. Washington Street
Suite 304
Rockville, MD 20850